UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09616-SSC                Date: May 20, 2026

Title       Ana Ventura v. Halo Salon And Spa, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                                          n/a
Deputy Clerk                              Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                                    None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Lack of Prosecution**

On October 8, 2025, Plaintiff Ana Ventura filed this action against Defendants Halo Salon And Spa and Rouel Ventures LLC, as well as ten Does.  (ECF 1.)  On November 14 and 18, 2025, Plaintiff served Defendants Halo Salon And Spa and Rouel Ventures LLC, respectively.  (ECF 8; ECF 9.)  Defendants failed to respond, and Plaintiff sought entry of default against Defendant Halo Salon And Spa (ECF 12), which the Clerk entered on November 26, 2025 (ECF 13).  Plaintiff has not sought entry of default against Defendant Rouel Ventures LLC and has not filed a motion for default judgment against Defendant Halo Salon And Spa.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **June 3, 2026**, why this action should not be dismissed for lack of prosecution.  Should Plaintiff file an application for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-09616-SSC                    Date: May 20, 2026

Title       Ana Ventura v. Halo Salon And Spa, et al.


entry of default under Federal Rule of Civil Procedure 55(a) against Defendant Rouel Ventures LLC on or before **June 3, 2026**, this order to show cause will be discharged automatically.  Thereafter, the Court expects prompt action regarding motion(s) for default judgment.

Failure to respond to this order to show cause will be deemed consent to the dismissal of this action without prejudice.


**IT IS SO ORDERED.**

                                                                          :

                                        Initials of Preparer        **ts**